HANK BEHROUZ
135 Del Oro Lagoon
Novato, CA 94949
Telephone: (415) 927-6369
Email:     hank_behrouz@pashanet.com

PLAINTIFF IN PRO PER

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email:     mbarnes@sonnenschein.com
           smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/25/06*

| | |
|---|---|
| HANK BEHROUZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br>Does 1 through 100, inclusive,<br><br>    Defendants. | No. C06-04271 RMW<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER<br><br>[F.R.C.P. 41(a)(1)(ii)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby agree that Hank Behrouz's complaint for breach of contract and tortious breach of insurance contract should be dismissed with prejudice in its entirety, with each party to bear his/its own costs and attorneys' fees. The parties respectfully request that the Court approve and give effect to this stipulation.

1  IT IS SO STIPULATED.

3  Dated: October ___, 2006

5  By:_____
   HANK BEHROUZ

   PLAINTIFF IN PRO PER

10 Dated: October 1**7**, 2006       SONNENSCHEIN NATH & ROSENTHAL LLP

12                                    By: _____
                                      SONIA MARTIN

                                      Attorneys for Defendant
                                      ALLSTATE INSURANCE COMPANY

16 IT IS SO ORDERED.

19 Dated: _____, 2006

                                      _____
                                      Hon. Ronald M. Whyte
                                      United States District Judge

24 27250664

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | |
| 3 | Dated: October 17, 2006 |
| 4 | |
| 5 | By: /s/ Hank Behrouz |
| 6 | HANK BEHROUZ |
| 7 | PLAINTIFF IN PRO PER |

Dated: October ___, 2006        SONNENSCHEIN NATH & ROSENTHAL LLP

By:_____
     SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: 10/25, 2006        /s/ Ronald M. Whyte
                          Hon. Ronald M. Whyte
                          United States District Judge

27250664

CASE NO. C06-04271 RMW                    -2-           STIPULATION FOR DISMISSAL WITH PREJUDICE